NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

REGINALD KELLUM,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )         Case No.  2D17-4055
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed July 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Reginald Kellum, pro se.


PER CURIAM.


            Affirmed.



KHOUZAM, CRENSHAW and SALARIO, JJ., Concur.